David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, GERALD R. LAPOINTE, JR.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD R. LAPOINTE, JR., <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:18-cv-01125-GMN-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EQUIFAX ONLY</u>** |

Plaintiff GERALD R. LAPOINTE, JR. and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ.

…

…

…

…

…

…

…

P. 41 (a)(2) as to, and **ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 1, 2018

| By: | By: |
|---|---|
| /s/Shawn W. Miller, Esq. | /s/Bradley T. Austin, Esq. |
| Shawn W. Miller, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 7825 | Nevada Bar No. 13064 |
| HAINES & KRIEGER, LLC | SNELL & WILMER, LLP |
| 8985 S. Eastern Avenue | 3883 Howard Hughes Parkway |
| Suite 350 | Suite 1100 |
| Henderson, Nevada 89123 | Las Vegas, NV 89169 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## ORDER

IT IS SO ORDERED.

DATED this __1__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE